John A. Nasrinpay 2 v Nationwide Affinity Ins. Co. of Am. (2022 NY Slip Op
51241(U))

[*1]

John A. Nasrinpay 2 v Nationwide Affinity Ins. Co. of
Am.

2022 NY Slip Op 51241(U) [77 Misc 3d 132(A)]

Decided on November 18, 2022

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

As corrected in part through December 19,
2022; it will not be published in the printed Official Reports.

Decided on November 18, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY
TOUSSAINT, JJ

2021-792 K C

John A. Nasrinpay 2, as Assignee of
Nelson-Lutchman, Cymone, Appellant,
against
Nationwide Affinity Insurance Company of America,
Respondent. 

The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Hollander Legal Group , P.C. (Allan S. Hollander and Christopher Volpe of counsel), for
respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County
(Sandra E. Roper, J.), dated December 2, 2021. The order granted defendant's motion for
summary judgment dismissing the complaint and denied plaintiff's cross motion for
summary judgment.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits,
defendant moved for summary judgment dismissing the complaint on the ground that
plaintiff had failed to provide requested verification. Plaintiff opposed the motion and
cross-moved for summary judgment. By order dated December 2, 2021, the Civil Court
granted defendant's motion and denied plaintiff's cross motion.
For the reasons stated in Remedy Chiropractic, P.C. v Nationwide Ins. (76
Misc 3d 135[A], 2022 NY Slip Op 50935[U] [App Term, 2d Dept, 2d, 11th &
13th Jud Dists 2022]), the order is affirmed.
ALIOTTA, P.J., WESTON and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 18, 2022